## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CYNTHIA E.,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of
Social Security Administration,

Defendant.

Case No. 25-CV-1095 (NEB/LIB)

ORDER ACCEPTING
REPORT AND RECOMMENDATION

The Court has received the January 14, 2026 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois (ECF No. 15.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.    The Report and Recommendation (ECF No. 15) is ACCEPTED;

2.    Plaintiff's request for relief (ECF No. 9) is DENIED; and

3.    Defendant's request for relief (ECF No. 11) is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 9, 2026                     BY THE COURT:

                                         s/Nancy E. Brasel
                                         Nancy E. Brasel
                                         United States District Judge